```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
_____
                               :
TODD FORD, JR.,                :
                               :
        Petitioner,            :   Civ. No. 20-12655 (NLH)
                               :
    v.                         :   MEMORANDUM OPINION & ORDER
                               :
                               :
WARDEN EUGENE CALDWELL,        :
                               :
        Respondent.            :
_____:
```

APPEARANCE:

Justin Terence Loughry, Esq.
Loughry & Lindsay, LLC
330 Market Street
Camden, NJ 08102

    Attorneys for Petitioner

Jennifer Webb-McCrae, Cumberland County Prosecutor
Andre R. Araujo, Assistant Prosecutor
Cumberland County Prosecutor's Office
115 Vine Street
Bridgeton, NJ 08302

Gregg L. Zeff, Esq.
Zeff Law Firm, LLC
100 Century Parkway, Suite 160
Mount Laurel, NJ 08054

    Attorneys for Respondent

<u>HILLMAN</u>, District Judge

    WHEREAS, Petitioner Todd Ford, Jr., filed a petition for writ of habeas corpus under 28 U.S.C. § 2241, ECF No. 1;

WHEREAS, the Court lifted the stay on January 12, 2022 and ordered Petitioner to submit a supplemental brief in support of his petition, see ECF No. 36; and

WHEREAS, Petitioner filed a request for an extension until February 25, 2022 to file the supplement, ECF No. 37; and

WHEREAS, Respondent has not objected to the request,

THEREFORE, IT IS on this 15th day of February, 2022

ORDERED that Petitioner's request for an extension, ECF No. 37, is granted.  The supplemental brief is due February 25, 2022; and it is further

ORDERED Respondent shall file a supplemental response within 21 days of Petitioner's submission.

At Camden, New Jersey

 s/ Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.