```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW JERSEY
_____
                                  :
TODD FORD, JR.,                   :
                                  :
          Petitioner,             :   Civ. No. 20-12655 (NLH)
                                  :
     v.                           :   MEMORANDUM OPINION & ORDER
                                  :
                                  :
WARDEN EUGENE CALDWELL,           :
                                  :
          Respondent.             :
_____:
```

APPEARANCE:

Justin Terence Loughry, Esq.
Loughry & Lindsay, LLC
330 Market Street
Camden, NJ 08102

     Attorneys for Petitioner

Jennifer Webb-McCrae, Cumberland County Prosecutor
Andre R. Araujo, Assistant Prosecutor
Cumberland County Prosecutor's Office
115 Vine Street
Bridgeton, NJ 08302

Gregg L. Zeff, Esq.
Zeff Law Firm, LLC
100 Century Parkway, Suite 160
Mount Laurel, NJ 08054

Joseph J. DePalma, Esq.
Susana Cruz Hodge, Esq.
Victor A. Afanador, Esq.
Lite DePalma Greenberg & Afanador, LLC
570 Broad Street
Suite 1201
Newark, NJ 07102

     Attorneys for Respondent

HILLMAN, District Judge

WHEREAS, Petitioner Todd Ford, Jr., filed a petition for writ of habeas corpus under 28 U.S.C. § 2241, ECF No. 1;

WHEREAS, the Court lifted the stay on January 12, 2022 and ordered Petitioner to submit a supplemental brief in support of his petition, see ECF No. 36; and

WHEREAS, Petitioner requests an extension until March 4, 2022 to file the supplement, ECF No. 42; and

WHEREAS, Respondent Cumberland County Prosecutor's Office consented to the extension, id.,

THEREFORE, IT IS on this 2nd day of March, 2022

ORDERED that Petitioner's request for an extension, ECF No. 42, is granted.  The supplemental brief is due March 4, 2022; and it is further

ORDERED Respondent shall file a supplemental response within 21 days of Petitioner's submission.


                                        s/ Noel L. Hillman
At Camden, New Jersey            NOEL L. HILLMAN, U.S.D.J.