## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **TODD FORD, JR.,** | Civil Action No. 20-12655(NLH) |
| Plaintiff | |
| v. | |
| **WARDEN EUGENE CALDWELL,** | |
| Defendants. | **NOTICE TO ATTACH EXHIBIT "A"** |

**TO THE CLERK:**

Kindly attach Exhibit "A" to Petitioner, Todd Ford, Jr.'s Brief in Support of the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (ECF Doc. No. 45), dated March 5, 2022, and pursuant to this Honorable Court's Memorandum Opinion and Order of September 23, 2022 (ECF Doc. No. 63).


DATED:  September 26, 2022            **LAW OFFICES OF JONATHAN J. SOBEL**


/s/Jonathan J. Sobel, Esquire
JONATHAN J. SOBEL, ESQUIRE
1500 Walnut Street, Suite 2000
Philadelphia, PA. 19102
(856) 296 9070
(215) 735 7535
Mate89@aol.com

# EXHIBIT A



# The Johns Hopkins Medical Services Corporation

☐ BEREA  ☐ EASTERN BOULEVARD  ☐ LAUREL  ☐ PATAPSCO VALLEY  ☐ TINDECO
☐ CRANBERRY STATION  ☐ FALLS LANE  ☐ MARLEY HORIZONS  ☐ PUTTY HILL  ☐ WYMAN PARK
☐ CRESTRIDGE  ☐ HAGER PARK  ☐ MONOCACY VALLEY  ☐ SIGNATURE  ☐ _____
☐ EAST BALTIMORE  ☐ JOHNSON  ☐ MONTGOMERY GROVE  ☐ SOUTH RIVER  ☐ _____

Date: 1-21-97   Time: 2:50 PM   Patient: Ford, Todd Jr

Insurance: ☐ PHCP ☐ MAC ☐ CHP ☐ F/S ☐ DOD ☐ JHCC (MA/HMO) ☐ OTHER _____
Membership #: _____   M.R. #: 82633157   D.O.B.: 1-19-82
Caller: Ms Bernice Scott   Phone #: (   ) 325-3113
Primary Provider: Hodges   Call Received by: _____
Call Returned by: _____   Date: _____ Time: _____ AM/PM
Next Appointment: _____

CHIEF COMPLAINT/CONSULTANT/MESSAGE: Needs letter for school stating he has asthma — His receiving bus tickets will depend on him having this letter —

ASSESS/ADVICE: PMH Asthma

1/23/97 letter done ē note ready F/U Asthma + PE —

* REFFERED TO: USUAL PROVIDER'S OFFICE (ROUTINE) ☐    M.D./U.C.C. (WHERE): _____
* E.R. ☐ REQUEST AUTHORIZED-PLACE: _____   ☐ REQUEST DENIED
* ADMISSION AUTH: ☐ NO  ☐ YES - HOSPITAL: _____

SIGNATURE OF PROVIDER COMPLETING FORM: _____

WHITE COPY: MEDICAL RECORDS   YELLOW COPY: UTILIZATION MGT.   PINK COPY: CLAIMS   GOLD COPY: MISCELLANEOUS
All Admissions, Authorizations and Denials must be forwarded to U.M. and Finance    #14-0128B Rev. 11/91



## The Johns Hopkins Medical Services Corporation

### HISTORY/PHYSICAL EXAMINATION/PROGRESS NOTES

PATIENT IDENTIFICATION

| DATE | TIME | |
|---|---|---|
| | | TODD FORD |
| | | # 8-263-31-57 |

1/23/97

To Whom It Concerns -

Todd Ford is followed by Dr. Siddiqui here at East Baltimore Medical Center. Todd has a history of asthma and requires medicines including a nebulizer machine at home. He is due for an asthma follow up exam plus a full physical exam with Dr Siddiqui. So bus tickets would be helpful for him —

Thanks —
Dr Cuenca

14-0131 REV. 6/92        PHYSICIAN'S COPY

**The Johns Hopkins Medical Services Corporation**

83

- [ ] BEREA
- [ ] EASTERN BOULEVARD
- [ ] LAUREL
- [ ] PATAPSCO VALLEY
- [ ] TINDECO
- [ ] CRANBERRY STATION
- [ ] FALLS LANE
- [ ] MARLEY HORIZONS
- [ ] PUTTY HILL
- [ ] WYMAN PARK
- [ ] CRESTRIDGE
- [ ] HAGER PARK
- [ ] MONOCACY VALLEY
- [ ] SIGNATURE
- [ ] _____
- [x] EAST BALTIMORE
- [ ] JOHNSON
- [ ] MONTGOMERY GROVE
- [ ] SOUTH RIVER
- [ ] _____

Date: 1/14/95   Time: 2:04 PM   Patient: Fued, Todd

Insurance: ☐ PHCP  ☐ MAC  ☐ CHP  ☐ F/S  ☐ DOD  ☐ JHCC (MA/HMO)  ☒ OTHER self

Membership #: _____   M.R. #: 8-263-3157   D.O.B.: 11/19/82
Caller: mom: Janice Scott   Phone#: (410) 675-0478
Primary Provider: Siddiqui   Call Received by: aj
Call Returned by: _____   Date: 1/14/95   Time: 2:06 PM

Next Appointment: _____

CHIEF COMPLAINT/CONSULTANT/MESSAGE:   pager: Asthma/wheezing   "He is wheezing"
12 y.o. c/o wheezing
@ started this am
@ PMH: Asthma
@ meds: ? - all out
@ cough @ wea @ congestion

ASSESS/ADVICE:
   To UCC

* REFFERED TO: USUAL PROVIDER'S OFFICE (ROUTINE) ☐      M.D./U.C.C. (WHERE): _____
* E.R. ☐ REQUEST AUTHORIZED-PLACE: _____      ☐ REQUEST DENIED
* ADMISSION AUTH:  ☐ NO   ☐ YES - HOSPITAL: _____

SIGNATURE OF PROVIDER COMPLETING FORM: Afrid R

WHITE COPY: MEDICAL RECORDS   YELLOW COPY: UTILIZATION MGT.   PINK COPY: CLAIMS   GOLD COPY: MISCELLANEOUS
All Admissions, Authorizations and Denials must be forwarded to U.M. and Finance
#14-01208 Rev. 11/91

 

# The Johns Hopkins
# Medical Services Corporation
### ACUTE AMBULATORY CARE DEPARTMENT

TIME IN: 8:37   SCREEN TIME: 5:30   TIME OUT: 6:39

HT ____ WT 104  T 98.8  P 93  R 33  BP 108/59

DATE OF VISIT / FORD, TODD JR     EAST    M#:8-263-31-5?
11/19/82  M  H:410 675-0478   W:
1635 N. BOND ST.                Chk-in: 3:37
BALTIMORE, MD 21213          Apt:1/14/95 3:30
MSCEBMC AACD           AACD/EBMC
SELF PAY

SCOTT, BERNICE              PCRIPPE--1/14/95
ADDRESS
Phone (H)_____   (W)_____

| PRESENTING COMPLAINT / HISTORY AND PHYSICAL | ALLERGIES | NKDA |
|---|---|---|
| 12 y.o male in triage c/o wheezing x 1 day | MEDICATIONS | Ø |
| S=As above--pt is on no meds for asthma. mom has no money to get prescriptions filled | PMH = asthma PMD = clinic @Smokers in house |  |
| O= A & O NAD |  |  |
| ENT - Clear |  |  |
| Neck - Supple, adenopathy |  |  |
| Lungs - insp wheezing all fields |  |  |
| Heart - RRR S₁ S₂ |  |  |
| After 1st neb - faint scattered exp wheezes | DX STUDIES | Pulse ox @ 535 98% |
| After 2nd neb - Lungs-CTA, no wheezing |  |  |
| P Asthma - Ventolin inhaler 2 puffs QID (sample given) | MED/ORDERS | neb given @ 544 |
| Flu T peds 1-2 wks |  | Alb unit dose neb |

SIGNATURE: Smer____   PROVIDER NUMBER: 56861

ACUTE AMBULATORY CARE DEPARTMENT
UCD 9/93

**The Johns Hopkins Medical Services Corporation**

```
FORD, TODD JR                EAST        M#:8-263-31-57
11/19/82  M     @ 675-0478               W:
1635 N. BOND ST.                         Chk-in: 9:37
BALTIMORE, MD 21213          Apt:1/14/95 3:30
MSCEBMC AACD                 AACD/EBMC
SELF PAY

SCOTT, BERNICE               PCRIPPE-1/14/95
```

# PATIENT INSTRUCTION SHEET

SITE: Urgen Care Center  
1000 E. Eager St.  
Baltimore, MD 21202  
522-9933

PHONE NO.: _____

### URINARY TRACT INFECTION:
A. Take medication as prescribed. Continue medication until bottle is empty.
B. Drink at least 8 glasses of fluid daily.
C. Call physician if the following occurs:
   * Persistent temperature over 101° after 48 hours.
   * Pain on urinating 48 hours after beginning medication.
   * Nausea, vomiting or diarrhea.

### UPPER RESPIRATORY INFECTION (COLD):
A. Avoid exposure to extreme cold and undue fatigue.
B. Stop smoking while you have a cold.
C. Eat a sensible diet and drink at least 8 glasses of fluid a day.
D. Take medication as prescribed by physician.
E. Notify your provider if the following occurs:
   * Temperature over 103° that won't reduce with recommended medication for fever reduction.
   * Cough that produces thick yellow, green or gray mucus.
   * Shaking or chills (do not bundle in heavy blankets if you have a fever.)
   * Shortness of breath.
   * Earache.
   * Chest pain.

### SPRAINS AND BRUISES:
A. To reduce swelling, elevate injured part above the level of the heart for 36-48 hours. Place a pillow or towel under your heel to elevate your foot.
B. Treatment for a fresh injury (within 2 days):
   * Place ice pack in a towel and place ice pack over injured part for 15 minutes, repeat 3-4 times a day during the first 48 hours to reduce swelling.

* 48 hours, soak injured part in warm water or moist towel for 15 minutes 3-4 times a day.
* No heat should be applied for first 48 hours.
* Use crutches or a cane if recommended.
* Do not put any weight on your foot for _____ days.
* If using crutches, use hands not arm pits for bearing weight.
* If not improved or pain & swelling persists for more than 48-72 hours, consult your doctor.
* If follow up at _____ is necessary, return on __/__/__ at _____ am/pm.
* Circular bandage instructions:
   If you start to develop numbness, tingling, paleness of the toes or foot, or a cool feeling to the area beyond any bandage which encircles a part of the body, it is too tight and you should remove it and reapply. If symptoms do not go away within 1/2 hour, call this number _____ to obtain follow up.

### GONORRHEA/CHLAMYDIA:
A. You have a sexually transmitted disease. Tell your sexual partner/s you've had sexual contact within the past _____ days. They need to be treated - even if they do not have any symptoms.
B. Take your medicine as directed and until all gone.
C. It is necessary that you be seen for follow up _____ days after you complete treatment. You can be seen at the _____ department by calling _____. You can be seen for follow up at the free confidential health department at 620 North Caroline Street.

### LACERATIONS:
A. Keep the bandage on for _____ days.

B. Change the bandage daily after _____ days.
C. The injury must be kept dry for _____ days.
D. DANGER SIGNS:
   * If any of the following occur after the first 24 hours, contact your provider or _____
   1 - increased amount of pain.
   2 - swelling.
   3 - redness around injury.
   4 - fever over 100°.
E. Return for a check of the wound in _____ days.
F. Have your stitches removed in _____ days.

### LOWER BACK SPRAIN:
A. Complete bed rest for _____ days. You should only leave the bed to eat, or use the bathroom.
B. Lie on your side with your knees & hips bent or lie flat on your back with 1-2 pillows behind your knees.
C. If your mattress is too soft, lie on the floor with soft blanket under you or have someone else place your mattress on the floor for increased support.
D. Apply moist heat to the low back 4 times a day for at least 20 minutes.
E. Take medication as prescribed.
F. If your symptoms have not resolved in _____ days, contact your physician or call _____
G. DANGER SIGNS:
   * If any of the following occur:
   1 - numbness in either lower limb or loss of strength.
   2 - your foot flapping down with walking.
   3 - problems with bowel or bladder control.
   4 - the pain changes or becomes worse despite treatment.

### DEHYDRATION: See Handout

---

**OTHER INSTRUCTIONS:**

Asthma

① Use inhaler - 2 puffs 4 times a day  
② Follow up with peds in 1-2 weeks  
③ Return to urgent care if wheezing return

Provider's Signature _____ Smithers _____

**TO THE PATIENT:**
I have read and had explained to me the above information. I have had my questions answered and understand these instructions. If I have any further questions I will call the Johns Hopkins Medical Services Corporation immediately at: _____

Patient's Signature: Bernice Scott      Date: 1/14/95      Witness: _____

17-0110 1/94