| | |
|---|---|
| **LITE DEPALMA GREENBERG & AFANADOR, LLC** | **JONATHAN J. SOBEL, ESQUIRE** |
| Susana Cruz Hodge | Jonathan J. Sobel |
| 570 Broad Street, Suite 1201 | 1500 Walnut Street, Suite 2000 |
| Newark, NJ 07102 | Philadelphia, PA 19102 |
| Telephone: (973) 623-3000 | Telephone: (215) 735-7535 |
| scruzhodge@litedepalma.com | Telephone: (856) 296-9070 |
| | Mate89@aol.com |
| *Attorneys for Respondent* *Warden Eugene Caldwell* | *CJA Attorney for Petitioner* *Todd Ford, Jr.* |

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| TODD FORD, JR., | : | Civil Action No.: 1:20-cv-12655(NLH) |
| | : | |
| *Petitioner,* | : | |
| | : | |
| v. | : | **JOINT NOTICE OF MOTION TO SEAL MATERIALS PURSUANT TO LOCAL RULE 5.3** |
| | : | |
| WARDEN EUGENE CALDWELL, | : | |
| | : | |
| *Respondent* | : | |

**PLEASE TAKE NOTICE** that, on December 5, 2022, or a date and time to be set by the Court, Petitioner Todd Ford, Jr. and Respondent Warden Eugene Caldwell shall move jointly before Hon. Noel L. Hillman U.S.D.J., at the United States District Court for the District of New Jersey Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Streets, Courtroom 3A, Camden, New Jersey 08101, for the entry of an order, pursuant to Local Civil Rules 5.3(c) permanently sealing: (1) the Memorandum of Law in Response to Petition for Writ of Habeas Corpus by Respondent, *see* ECF No. 66; and (2) the Declaration of Susana Cruz

1

Hodge in Support of Memorandum of Law in Response to Petition for Writ of Habeas Corpus by Respondent and Exhibits 33, 35, 36, and 37 thereto, *see* ECF No. 66.

**PLEASE TAKE FURTHER NOTICE** that, in support of the within motion, the parties shall rely upon the Declaration of Susana Cruz Hodge in Support of the Joint Motion to Seal Materials, and Exhibit A attached thereto. A proposed form of Order is also submitted for the Court's consideration.

**PLEASE TAKE FURTHER NOTICE** that a certificate attesting to the date and manner of service of these moving papers is submitted herewith.

                          **LITE DEPALMA GREENBERG & AFANADOR, LLC**

Dated: November 8, 2022

                          /s/ *Susana Cruz Hodge*
                          Susana Cruz Hodge
                          Anthony D. Zatkos
                          570 Broad Street, Suite 1201
                          Newark, NJ 07102
                          Telephone: (973) 623-3000
                          Facsimile: (973) 623-0858
                          scruzhodge@litedepalma.com
                          azatkos@litedepalma.com
                          *Counsel for Respondent Warden Eugene Warren*

                          /s/ *Jonathan J. Sobel, Esquire*
                          Jonathan J. Sobel
                          1500 Walnut Street, Suite 2000
                          Philadelphia, PA. 19102
                          Telephone: (856) 296-9070
                          Facsimile: (215) 735-7535
                          Mate89@aol.com
                          *CJA Counsel for Petitioner Todd Ford, Jr.*