UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TODD FORD, JR.,<br><br>    *Petitioner,*<br><br>    v.<br><br>WARDEN EUGENE CALDWELL,<br><br>    *Respondent* | Civil Action No.: 1:20-cv-12655(NLH)<br><br><br><br>**[PROPOSED] ORDER<br>TO SEAL MATERIALS** |

  This matter having been opened before the Court upon the joint motion of Petitioner Todd Ford, Jr., and Respondent Warden Eugene Caldwell, and pursuant to Local Civil Rules 5.3(c) for an order permanently sealing (1) the Memorandum of Law in Response to Petition for Writ of Habeas Corpus by Respondent, *see* ECF No. 66; and (2) the Declaration of Susana Cruz Hodge in Support of Memorandum of Law in Response to Petition for Writ of Habeas Corpus by Respondent and Exhibits 33, 35, 36, and 37 thereto, *see* ECF No. 66; and the Court having considered the submissions in support of the motion, as well as arguments of counsel, if any; and good cause having been shown;

  **IT IS** _____ day of_____, 2022,

1

927726.1

**ORDERED** that the Clerk of the Court shall maintain under seal: (1) the Memorandum of Law in Response to Petition for Writ of Habeas Corpus by Respondent, *see* ECF No. 66; and (2) the Declaration of Susana Cruz Hodge in Support of Memorandum of Law in Response to Petition for Writ of Habeas Corpus by Respondent and Exhibits 33, 35, 36, and 37 thereto, *see* ECF No. 66.

                    Hon. Noel L. Hillman, U.S.D.J.