**LITE DEPALMA GREENBERG & AFANADOR, LLC**
Susana Cruz Hodge
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: (973) 623-3000
scruzhodge@litedepalma.com

*Attorneys for Respondent Warden Eugene Caldwell*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TODD FORD, JR., <br><br> *Petitioner,* <br><br> v. <br><br> WARDEN EUGENE CALDWELL, <br><br> *Respondent* | Civil Action No.: 1:20-cv-12655(NLH) <br><br> **CERTIFICATE OF SERVICE** |

I, Susana Cruz Hodge, hereby certify that on this day, true and correct copies of the following documents were served on all counsel of record via the Court's ECF system (1) Joint Notice of Motion to Seal Materials; (2) Declaration of Susana Cruz Hodge in Support of Joint Motion to Seal Materials; and (3) Proposed Order to Seal Materials.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: November 8, 2022        */s/ Susana Cruz Hodge*
                                Susana Cruz Hodge